UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHLAND STEEL FABRICATORS, INC. | CIVIL ACTION |
| VERSUS | NO. 25-414 |
| BERRY CONTRACTING, LP d/b/a BAY, LTD., *et al.* | SECTION M (5) |

**ORDER & REASONS**

Before the Court is a motion filed by plaintiff Southland Steel Fabricators, Inc. ("Southland") to reconsider this Court's May 30, 2025 order and reasons that granted defendant's motion to compel arbitration and dismiss the case.[1] Southland asks the Court to reconsider the order insofar as it dismisses, rather than stays, the case pending arbitration.[2] Defendants Berry Contracting, LP d/b/a Bay, Ltd. and Continental Casualty Company do not oppose the motion.[3] Accordingly, for the foregoing reasons,

IT IS ORDERED that Southland's motion to reconsider (R. Doc. 17) is GRANTED.

IT IS FURTHER ORDERED that this matter is STAYED AND ADMINISTRATIVE CLOSED pending arbitration. Either party may file a motion to reopen, if necessary, when the arbitration has concluded.

New Orleans, Louisiana, this 20th day of June, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 17 (citing. R. Doc. 16).
[2] *Id.*
[3] R. Doc. 18.